**LEACH KERN GRUCHOW**
**ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
J. TYLER KING
Nevada Bar No. 14895
tking@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:     (702) 538-9074
Facsimile:      (702) 538-9113
*Attorneys for Sunrise Mountain Townhomes*
*Homeowners' Association, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE MOUNTAIN TOWNHOMES HOMEOWNERS' ASSOCIATION; ALESSI & KOENIG, LLC; 7066 BURCOT E59 TRUST,<br><br>Defendants. | Case No.: 2:16-cv-01415-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SUNRISE MOUNTAIN TOWNHOMES HOMEOWNERS' ASSOCIATION TO ANSWER**<br><br>**[FIRST REQUEST]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

IT IS HEREBY STIPULATED by and between Plaintiff Ditech Financial LLC ("Plaintiff") and Defendant Sunrise Mountain Townhomes Homeowners' Association (the "Association"), that the Association is granted up to and including January 2, 2020, in which to respond to Plaintiff's Complaint, ECF 1.

Dated this 11th day of December, 2019

Dated this 11th day of December, 2019

**LEACH KERN GRUCHOW ANDERSON SONG**

**WOLFE & WYMAN LLP**

*/s/ J. Tyler King*

SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
J. TYLER KING, ESQ.
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Sunrise Mountain Townhomes Homeowners' Association*

*/s/ Racheal A. Ross*

RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
6757 Spencer Street
Las Vegas, Nevada 89119
*Attorney for Ditech Financial LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this ___12th___ day of December, 2019

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE