**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DITECH FINANCIAL LLC,

        Plaintiff,

vs.

SUNRISE MOUNTAIN TOWNHOUSES HOMEOWNERS ASSOCIATION, INC., a Nevada corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company; 7066 BURCOT E59 TRUST, a Nevada trust,

        Defendants.

2:16-cv-01415-APG-VCF

**ORDER**

      Before the Court is the Motion to Amend Complaint (ECF NO. 46).

      Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed. It would seem as though Defendants have consented to the granting of the instant motion.

      Accordingly,

      IT IS HEREBY ORDERED that the Motion to Amend Complaint (ECF NO. 46) is GRANTED.

      Plaintiff must file the Amended Complaint on or before April 15, 2020.

      DATED this 8th day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE